# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ARTURO J CASTRO LLURIA

Bkrtcy. No. 11-05330-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jun 24, 2011
Meeting Date: Aug 18, 2011
DC Track No. 9

Days from petition date: 55
Meeting Time: 10:00 AM

910 Days before Petition: 12/26/2008
☐ Chapter 13 Plan Date Jun 24, 2011 Dkt.# 2 ☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $39,000.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Sep 16, 2011
Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $650.00

**I. Appearances:** ☐ Telephone ☐ Video Conference
☑ Debtor Present ☐ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☑ Substitute attorney: A. Enriquez ☐ Pro-se.

☑ Creditor(s) present: ☐ None.
FB - Melchor

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00 Paid Pre-Petition: $125.00 Outstanding: $2,875.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income. Liquidation Value: 6.00
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
16.02 ☐ The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:** ☑ Other
☑ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☑ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] ___
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
1) Debtor must upload 2010 tax return through TCDFA.
2) Trustee to review paystubs for Debtor. It seems that Debtor's income is higher than that reported in Schedule I. Debtors only get paid 10 months out of the year, instead of 12 (per semester).

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: Aug 18, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

3) Trustee to review household size. Debtor reported a household size of 5, but 2 of those are adults (25 & 21). If household was of 3 or of 4, Debtor would be an above-median Debtor.

4) Debtor must submit insurance quote for vehicle to be paid in full through the plan.

Trustee / Presiding Officer    Page 2 of 2    Date: 8/18/2011